(October 30, 1980)

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD BAMBERG, Appellant.—Judgment, Supreme Court, New York County, rendered on March 21, 1979, unanimously affirmed. Application during call of calendar for permission to submit certain papers denied. No opinion. Concur —Murphy, P. J., Ross, Markewich, Lupiano and Carro, JJ.